# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:17-CR-00009-DGK |
| DEVION L. WILLIAMS, | ) |
| Defendant. | ) |

## ORDER DENYING DEFENDANT'S MOTION TO SUPPRESS

Pending before the Court are Defendant's Motion to Suppress Evidence (Doc. 18), the Government's Response in Opposition (Doc. 21), United States Magistrate Judge Robert Larsen's Report and Recommendation (Doc. 33), Defendant's Objections (Doc. 44), and the Government's Response to Defendant's Objections (Doc. 45).

After reviewing the report and conducting an independent review of the applicable law and record, *see* L.R. 74.1(a)(3), the Court agrees with Judge Larsen that the officers had reasonable suspicion to conduct a car check. Even though Officer Palmer was mistaken that the car was the stolen car he read about earlier that day, this mistake was objectively reasonable. The Court also agrees that the officers had probable cause to search the vehicle after deciding to tow it.

Accordingly, the Court ADOPTS the Report and Recommendation (Doc. 33) and DENIES Defendant's Motion to Suppress (Doc. 18).

**IT IS SO ORDERED.**

Date:  November 8, 2017           /s/ Greg Kays
                                  GREG KAYS, CHIEF JUDGE
                                  UNITED STATES DISTRICT COURT